UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIO ANGEL-ARRIAGA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 18-cv-01716-SI<br><br>**JUDGMENT** |

This action has been dismissed without prejudice. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: September 17, 2018

_____
SUSAN ILLSTON
United States District Judge